UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD R. DESROSIER, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. |
| v. ) | 03-40194-FDS |
| ) | |
| LYNN BISSONNETTE, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER ON APPLICATION
FOR CERTIFICATE OF APPEALABILITY**

**SAYLOR, J.**

This matter is before the Court on Petitioner Richard R. Desrosier's application for a certificate of appealability pursuant to 28 U.S.C. § 2253.

Petitioner is presently serving a life term of imprisonment for second degree murder, to which he pleaded guilty in the Superior Court for Worcester County, Massachusetts. After the Massachusetts Appeals Court denied petitioner's request to withdraw his plea on the grounds that he was not informed during the plea colloquy, or otherwise, of the elements of the offense of second degree murder, he sought federal habeas corpus relief from this Court.

The matter was referred by this Court to the Chief Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) for a report and recommendation. The Magistrate Judge recommended that the petition be denied, and the petitioner filed a timely objection. After making a *de novo* determination of those portions of the report and specified proposed recommendations as to which objection was made, the Court accepted the Report and Recommendation and the petition

for habeas corpus was denied.

Petitioner now seeks a certificate of appealability. Whether petitioner's plea of guilty violated his right to due process under the United States Constitution raises substantial questions appropriate for appellate review. Therefore, the certificate of appealability shall be granted as to the following issues:

1. Whether the decision of the Massachusetts Appeals Court was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States.

2. Whether the decision of the Massachusetts Appeals Court was based on an unreasonable determination of the facts in light of the evidence presented in the State court proceeding.

For the foregoing reasons, petitioner's application for a certificate of appealability is GRANTED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: November 15, 2006